In the Matter of FREMONT F. WILLIAMS, an Attorney.— It appearing from the papers herein that no reference is required, ordered that the respondent submit brief, if he so desires, and file the same with the clerk on or before October first.

In the Matter of the Claim of JAMES A. MALONE, Appellant, v. GEORGE W. DRISCOLL, Respondent. STATE INDUSTRIAL BOARD, Respondent.— Motion granted.

In the Matter of the Claim of RAYMOND MANLEY, Respondent, v. BOOTH & FLINN, LTD., Appellant. STATE INDUSTRIAL BOARD, Respondent.— Motion denied.

In the Matter of the Claim of GEORGE FRED MANSTON, Respondent, v. FRANKLIN & WALSH and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim remitted to the State Industrial Board. All concur.

In the Matter of the Claim of JAMES McMANN, Respondent, v. MORSE DRY DOCK AND REPAIR COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Motion denied.

In the Matter of the Claim of EDWARD MICHELFELDER, Respondent, v. ARTHUR B. VAN ALSTYNE and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of ARTHUR J. MILLER, Respondent, v. EDWARD JOST and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Judicial Settlement of the Estate of GEORGE F. UNDERWOOD, Deceased. GRACE U. ADRIANCE and Another, Appellants; INTERNATIONAL PAPER COMPANY and Others, Respondents.— Motion denied, with ten dollars costs.